IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LOUIS McREYNOLDS**  a/k/a Little Rock,     Petitioner,  v.  **UNITED STATES OF AMERICA,**     Respondent. | )  )  )  )     **CIVIL ACTION NO. 13-00578-WS**  )  )**CRIMINAL ACTION NO. 12-00051-WS-N**  )  ) |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 8(b) of the Rules Governing § 2255 Proceedings for the United States District Courts, and dated June 30, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 210), as supplemented (Doc. 243), is **DENIED**, that this action is **DISMISSED with prejudice**, and that the Petitioner is found <u>not</u> entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 28th day of July, 2015.

                                            s/WILLIAM H. STEELE
                                            **CHIEF UNITED STATES DISTRICT JUDGE**