IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL McREYNOLDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CRIMINAL NO. 12-0051-WS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter comes before the Court on petitioner Daniel McReynolds' *pro se* filing styled "Affidavit and Declaration" (doc. 269).

On July 28, 2015, the undersigned entered an Order (doc. 248) and Judgment (doc. 249) adopting the Magistrate Judge's Report and Recommendation (doc. 245) and denying McReynolds' motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. The July 28 Order and Judgment also expressly ruled that McReynolds "is not entitled to a certificate of appealability or to appeal *in forma pauperis*." (Doc. 249.)

On September 14, 2015, the Clerk's Office received for filing a document from McReynolds captioned "Motion to appeal the denial of the 2255" (doc. 252). In an Order entered on September 16, 2015, this Court identified "clear indicia that McReynolds seeks to appeal the July 28 Order and Judgment to the Eleventh Circuit." (Doc. 253, at 1.) On that basis, the September 16 Order included the following key language: "***[T]he Court construes this filing as a notice of appeal filed pursuant to Rule 3, Fed.R.App.P., and directs the Clerk of Court to process it as such.***" (*Id.* at 1-2 (emphasis added).)

Unfortunately, because of a clerical oversight, that directive was not followed. The Clerk of Court did not process McReynolds' September 14 filing as a notice of appeal, even though this Court had expressly construed it as such in the September 16 Order. The result was that, even though McReynolds had filed a timely notice of appeal from the July 28 Order and Judgment denying his § 2255 motion, his appeal was never processed. McReynolds' construed notice of appeal was not forwarded to the Eleventh Circuit Court of Appeals. No appellate case file was opened. The appeal simply never happened.

Now, ten months later, McReynolds has finally realized that his appeal was never forwarded to or docketed by the Eleventh Circuit. On that basis, McReynolds avers that only now, after contacting the Eleventh Circuit's and this District Court's Clerk's Offices, has he "real[i]zed [he] filed the motion to the wrong address and [he] request[s] excusable neglect and in forma pauperis." (Doc. 269, at 1.)

This unusual procedural posture is not properly viewed through the lens of Rule 4(a)(5), Fed.R.App.P., which governs motions for extensions of time to file a notice of appeal, or Rule 4(a)(6), which addresses motions to reopen the time to file a notice of appeal. McReynolds does not need an extension of time to file a notice of appeal because he timely filed one back on September 14, 2015. Likewise, McReynolds does not need to move for leave to file an out-of-time appeal because he already filed an in-time notice of appeal last September. What he needs is for that timely notice of appeal to be processed as it should have been ten months ago.

For all of the foregoing reasons, it is **ordered** as follows:

1. Petitioner's Motion (doc. 269) is **moot** insofar as he is requesting an extension of time to file a notice of appeal, reopener of the time to appeal, or leave to pursue an out-of-time appeal;

2. As this Court previously found in the September 16 Order (doc. 253) and reaffirms today, McReynolds properly, timely filed a notice of appeal in the form of his "Motion to appeal the denial of the 2255" (doc. 252) received for filing on September 14, 2015;

3. The Clerk of Court is directed to process McReynolds' timely notice of appeal (doc. 252) to the Eleventh Circuit Court of Appeals from the July 28, 2015 Order and Judgment (docs. 248 & 249) denying his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255; and

4. Insofar as petitioner's Motion (doc. 269) requests leave of court to appeal *in forma pauperis* or seeks a certificate of appealability, those requests are summarily **denied** for the reasons stated in the September 16 Order, the Report and Recommendation (doc. 245) and the July 28 Order and Judgment.

DONE and ORDERED this 21st day of July, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE